UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)
By: Justin Gillman, Esq.

In Re:

Ronald V Costanzo

Case No.: 24-20841-CMG

Chapter: 13

Adv. No.: N/A

Hearing Date: 1/15/2025

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, _____Shannon Haganey_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Justin Gillman, Esq._____, who represents _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____November 26, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Debtor's Chapter 13 Plan and Motions, Notice of Chapter 13 Plan Transmittal and Appraisal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/26/2024

/s/ Shannon Haganey
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis G. Miranda, Jr.<br>56 Old State Route 12<br>Frenchtown NJ 08825 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |