| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20841 / CMG**

Ronald V. Costanzo

Petition Filed Date: 10/31/2024
341 Hearing Date: 12/05/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2024 | $737.00 | | 12/23/2024 | $737.00 | | | | |

**Total Receipts for the Period: $1,474.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,211.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronald V. Costanzo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | Hold Funds: Reserve | | | |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/116 COLLEGE DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $13,984.90 | $0.00 | $0.00 |
| 3 | LOUIS G. MIRANDA JR.<br>»» JUDGMENT MID-L-004284-21 | Secured Creditors | $435,961.64 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» P/116 COLLEGE DR/1ST MTG/ORDER 1/23/25 | Mortgage Arrears | $1,707.16 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-20841 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,211.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $737.00 |
| Paid to Trustee: | $187.92 | Arrearages: | $0.00 |
| Funds on Hand: | $2,023.08 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

