Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−20841−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald V. Costanzo
   116 College Drive
   Edison, NJ 08817

Social Security No.:
   xxx−xx−6879

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        4/9/25
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $9278.50

EXPENSES
expenses: $523.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑        will not reduce the amount to be paid to general unsecured
            creditors under the plan.

   ☐        will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 12, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 24-20841-CMG

Ronald V. Costanzo                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: 137 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald V. Costanzo, 116 College Drive, Edison, NJ 08817-5986 |
| 520442569 | + | Affinity Federal Credit Union, Attn: Bankruptcy, 349 Charnwood Road, New Providence, NJ 07974-1303 |
| 520442583 | | Louis G. Miranda, Jr., 56 Old Route 12, Frenchtown, NJ 08825 |
| 520482130 | + | Louis G. Miranda, Jr., c/o Lauren Jones, Esquire, Javerbaum Wurgaft Hicks Kahn Wikstrom &, 505 Morris Ave, Springfield, NJ 07081-1037 |
| 520442586 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy 661 Worthington Rd Ste, West Palm Beach, FL 33409-6493 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520442570 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 12 2025 21:03:00 | Bank of America, Attn: Bankruptcy, P.O.Box 17237, Wilmington, DE 19886-0001 |
| 520442571 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2025 21:03:00 | Bread Financial, Attn: Bankruptcy, PO Box 182084, Columbus, OH 43218-2084 |
| 520442572 | + | Email/Text: cborrelli@bressler.com | Mar 12 2025 21:03:00 | Bressler, Amery & Ross, Attn: Mark T. McMenamy, Esq., 325 Columbia Turnpike, Florham Park, NJ 07932-1235 |
| 520442573 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:36:13 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 520442574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:12:18 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520442575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2025 22:09:01 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 520442576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:36:10 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520442577 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:36:05 | Citibank/Goodyear, Attn: Bnakruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 520442578 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:13:32 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 520459429 | | Email/Text: mrdiscen@discover.com | Mar 12 2025 21:02:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520442579 | + | Email/Text: mrdiscen@discover.com | Mar 12 2025 21:02:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |

| 520442580 | Email/Text: bankruptcycourts@equifax.com | | |
|---|---|---|---|
| | | Mar 12 2025 21:02:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520442581 | ^  MEBN | | |
| | | Mar 12 2025 21:00:21 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520442582 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:12:23 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 520442584 | Email/Text: camanagement@mtb.com | | |
| | | Mar 12 2025 21:03:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520504539 | Email/Text: camanagement@mtb.com | | |
| | | Mar 12 2025 21:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520442585 | Email/PDF: bankruptcy_prod@navient.com | | |
| | | Mar 12 2025 21:12:15 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 520442587 | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Mar 12 2025 21:02:00 | PHH Mortgage, Attn: Bankruptcy, PO Box 5452, Mount Laurel,, NJ 08054-5452 |
| 520442588 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Mar 12 2025 21:11:33 | Secretary of Housing & Urban Development, 451 7th St Sw, Washington, DC 20410-0001 |
| 520442589 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:34:31 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520442590 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:36:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520442591 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:12:54 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520442592 | +  Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:35:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 520442593 | +  Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:34:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520442594 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 12 2025 21:34:52 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520442595 | ^  MEBN | | |
| | | Mar 12 2025 20:59:53 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520448048 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Mar 12 2025 21:11:33 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520442596 | +  Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Mar 12 2025 21:36:08 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520442597 | +  Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Mar 12 2025 21:13:33 | Wells Fargo Home Mortgage, Attn: Written Correspondence, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                      User: admin                                    Page 3 of 3
Date Rcvd: Mar 12, 2025                   Form ID: 137                                    Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 14, 2025                        Signature:        /s/Gustava Winters
_____

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Ronald V. Costanzo ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |


TOTAL: 4