**GILLMAN CAPONE LLC**
**Justin M. Gillman, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gbclawgroup.com**

Order Filed on April 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Ronald V. Costanzo, | Case No. 24-20841 |
| Debtor(s). | Hearing Date: April 9, 2025 |
| | Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 10, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4926-2336-2854, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____9,278.50_____ for services rendered and expenses in the amount of $_____523.00_____ for a total of $_____9,801.50_____. The allowance is payable:

☒ $___6,801.50___ through the Chapter 13 plan as an administrative priority.

☒ $___3,000.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____818.00_____ per month for ___54___ months beginning May 2025 to allow for payment of the above fee.

*rev.8/1/15*

4926-2336-2854, v. 1